IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FELICIANO REYES REYES, ) | |
| ) | |
| *Petitioner*, ) | |
| ) | |
| v. ) | Case No. 1:26-cv-376 (PTG/IDD) |
| ) | |
| PAMELA BONDI, *et al.*, ) | |
| ) | |
| *Respondents*. ) | |
| ) | |
| ) | |
| ) | |

## ORDER

This matter comes before the Court on Petitioner Feliciano Reyes Reyes's Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("Motion"). Dkt. 19. On February 12, 2026, the Court granted the Petition for Writ of Habeas Corpus and ordered Respondents to provide Petitioner with a bond hearing. Dkt. 6. On February 25, 2026, Respondents denied Petitioner bond at his scheduled hearing. Dkt. 19 at 1. For good cause shown, it is hereby

**ORDERED** that Petitioner's Motion (Dkt. 19) is **GRANTED**; it is further

**ORDERED** that Respondents **SHOW CAUSE** within fourteen (14) days of this Order as to why this Court should not find that the Immigration Judge failed to properly consider all the relevant factors related to his finding that Petitioner is a flight risk and, on that basis, denied him

bond.[1]  Any reply is due within fourteen (14) days of receiving Respondents' pleading; and it is further

**ORDERED** that Respondents are **ENJOINED** from re-detaining Petitioner pending adjudication of this Show Cause Order, unless he commits a new crime, fails to appear at any scheduled immigration hearings for which he receives proper notice, or pursuant to 8 U.S.C. § 1231(a)(2).

The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 27th day of February, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge

---

[1] The Court recognizes that it does not have jurisdiction to review the substantive merits of the Immigration Judge's bond determination, *see* 8 U.S.C. §§ 1225(b)(2), 1226(e); however, the Court has the authority to review whether the factors the Immigration Judge considered in the bond determinations are constitutionally compliant, *Mejia Orozco v. Lyons, et al.*, No. 1:25-cv-1762-AJT-WEF, Dkt. 20 at 7 (ordering the federal respondents to either release the petitioner or to conduct an individualized bond hearing consistent with the Order).